IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AMIR HAKIM MCCAIN<br>A/K/A JOHN MCCAIN | : CIVIL ACTION<br>:<br>: |
| v. | : |
| VERITEXT NATIONAL COURT<br>REPORTING, et al. | : NO. 14-0882 |

ORDER

**AND NOW**, this 20 day of February 2014, **IT IS HEREBY ORDERED** that plaintiff's motion for leave to proceed in forma pauperis is **DENIED** pursuant to 28 U.S.C. § 1915(g).

The Clerk of Court shall **CLOSE** this case statistically.

**BY THE COURT:**

_/s/ Eduardo C. Robreno_
EDUARDO C. ROBRENO, J.